**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 646 MAL 2017 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ROBERT M. CALLAHAN, | : | |
| | : | |
| Petitioner | : | |


## ORDER


**PER CURIAM**

    **AND NOW**, this 6th day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.